# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD BAKER, | ) NO. CV 09-7600 DDP (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MATTHEW CATE, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ___May 29___, 2012.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE